**Rufus O. BRABOY, Jr., Petitioner–Appellant,**

v.

**Lloyd L. WATERS; Attorney General for the State of Maryland, Respondents–Appellees.**

No. 03–6278.

United States Court of Appeals, Fourth Circuit.

Submitted May 20, 2003.

Decided May 28, 2003.

Rufus O. Braboy, Jr., Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Mary Ann Rapp Ince, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Rufus O. Braboy, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Braboy has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*